**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Regalia Beach Developers LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-3456554 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3363 NE 163rd Street | |
| Number    Street | Number    Street |
| Suite 601 | |
| | P.O. Box |
| North Miami Beach    FL    33160 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Miami-Dade County | 19575 Collins Avenue |
| County | Number    Street |
| | |
| | Sunny Isles Beach    FL    33160 |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor **Regalia Beach Developers LLC** Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
**5313**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ Case number _____
                                 MM / DD / YYYY
  District _____ When _____ Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor **Regalia Units Owner LLC** Relationship **Wholly-Owned Sub.**
  District **Southern District of Florida** When **05/27/2020**
                                                                                    MM / DD / YYYY
  Case number, if known **20-15747**

Debtor  Regalia Beach Developers LLC                                    Case number (*if known*)_____
        Name

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**_____<br>                                  Number       Street<br>_____<br>_____<br>City                                              State        ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| 14. **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **3**

Debtor  Regalia Beach Developers LLC  Case number (if known) _____
        Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/27/2020
            MM / DD / YYYY

X _____       Cristiane Bomeny
Signature of authorized representative of debtor       Printed name

Title  Manager

### 18. Signature of attorney

X  /s/ Linda W. Jackson       Date  05/27/2020
Signature of attorney for debtor       MM / DD / YYYY

Linda Jackson
Printed name

Pardo Jackson Gainsburg, PL
Firm name

200 SE 1st Street Suite 700
Number        Street

Miami                              FL         33131
City                               State      ZIP Code

3053581001                         ljackson@pardojackson.com
Contact phone                      Email address

843164                             FL
Bar number                         State

United States Bankruptcy Court
Southern District of Florida

In re: Regalia Beach Developers LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/27/2020

_____
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

**AIG Property Casualty Company**
175 Water Street
New York, NY 10038


**AIG Property Casualty Company**
David Haber, c/o Haber Law, P.A.
251 NW 23rd Street
Miami, FL 33127


**Atalaya Administrative LLC**
780 Third Avenue
27th Floor
New York, NY 10017


**Atalaya Administrative, LLC**


**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue
23rd Floor
Miami, FL 33131


**Drew Dillworth, Receiver**
150 West Flagler Street
Suite 2200
Miami, FL 33130


**Florida Department of Revenue**
Mail Stop 3-2000
5050 W. Tennessee Street
Tallahassee, FL 32399-0112


**Florida Power & Light Company**
700 Universe Boulevard
Juno Beach, FL 33408


**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101


**KIAB II, LLC**
124 W. Pine Street
Missoula, MT 59802


**Louis Montello**
2750 NE 185th Street
Suite 201
Aventura, FL 33180


**Miami-Dade Tax Collector**
200 NW 2nd Avenue
Miami, FL 33128

Montello & Associates, PA
2750 NE 185th Street
Suite 201
Aventura, FL 33180


MVW Management LLC
2750 NE 185th Street
Suite 201
Miami, FL 33180


MVW Management, LLC
2750 NE 185th Street
Suite 201
Aventura, FL 33180


Regalia on the Ocean Condominium Association,
19575 Collins Avenue
Sunny Isles Beach, FL 33160


Regalia on the Ocean Condominium Association,


Reid Nagle, Trustee
c/o Andrew J. Foti, Katz Barron Squitero
100 NE 3rd Avenue, Suite 280
Fort Lauderdale, FL 33301


Reid Nagle, Trustee
Andrew Foti, Esq., c/o Katz Barron Squit
100 NE 3rd Avenue, Suite 280
Fort Lauderdale, FL 33301


VKS Management, Inc.
1040 Biscayne Boulevard
Suite 900
Miami, FL 33132